# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**                                                                                       Tel: 718-740-1000
Email: abdul@abdulhassan.com                                                                        Fax: 718-740-2000
*Employment and Labor Lawyer*                                                                   Web: www.abdulhassan.com

June 27, 2023

**Via ECF**

Hon. James R. Cho, USMJ
United States District Court, EDNY
225 Cadman Plaza East
Brooklyn, NY 11201

        **Re: Farfan v. JMK Painting LLC et al**
           Case No: 23-CV-01534 (NRM)(JRC)
           **Notice of Settlement and Reqeust for Adjournment**

Dear Magistrate-Judge Cho:

      My firm represents plaintiff in the above-referenced action, and I respectfully write to notify the Court that the parties have reached a settlement of this action. We are in the process of exchanging settlement documents and intend to file any necessary papers with the Court shortly as per the Second Circuit's decisions in *Cheeks v. Freeport Pancake House, Inc.,* 796 F.3d 199 (2d Cir. 2015) and *Samake v. Thunder Lube, Inc.,* 24 F.4$^{th}$ 804 (2d Cir. 2022). In light of the settlement, we kindly request an adjournment sine die of all upcoming appearances and deadlines, including the June 28, 2023 status conference.

      I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan_____

By: Abdul K. Hassan, Esq.

**cc:**     **Defense Counsel via ECF**

1