UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Orlando Vigil Farfan,<br><br>               Plaintiff,<br><br>-v-<br><br>JMK Painting LLC, and<br>Dimitrios Kourpas,<br><br>               Defendants. | Civil Action #: 23-CV-01534<br>(NRM)(JRC)<br><br>**STIPULATION OF DISCONTINUANCE WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for all parties, in this action, that this action having been settled by the parties, the settlement having been approved by the Court, whereas, no party hereto is an incompetent, this action is hereby discontinued with prejudice pursuant to Federal Rules of Civil Procedure ("FRCP") including to FRCP 41(a)(1)(A)(ii), provided that settlement payments are made in accordance with the settlement agreement in this action. The Court will retain jurisdiction to enforce the settlement agreement.

**IT IS FURTHER STIPULATED AND AGREED**, that PDF and facsimile copies of this Stipulation shall have the same force and effect as the original.

Dated: Queens Village, New York
       December 14, 2023

| | |
|---|---|
| **ABDUL HASSAN LAW GROUP, PLLC:**<br><br>*/s/ Abdul Hassan*<br>By: Mr. Abdul K. Hassan, Esq.<br>*Counsel for Plaintiff*<br>215-28 Hillside Avenue<br>Queens Village, NY 11427<br>Tel: 718-740-1000<br>Fax: 718-740-2000<br>Email: abdul@abdulhassan.com | **LAW OFFICE OF ARTHUR H. FORMAN**<br><br>*/s/ Arthur H. Forman*<br>By: Arthur H. Forman, Esq.<br>*Counsel for Defendant*<br>98-20 Metropolitan Avenue<br>Forest Hills, NY 11375<br>Tel: 718-268-2616<br>Fax: 718-575-1600<br>Email: ahf@ahforman.com |